**UNDER SEAL**

FILED
CHARLOTTE, NC

SEP 21 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:3:21-CR-223-FDW |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| CAMERON ALEXANDER WOOLEY | ) | |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 21st day of September 2021.

_____
UNITED STATES MAGISTRATE JUDGE